**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE MEDTRONIC, INC. | MDL NO. 08-1905 (RHK/JSM) |
| SPRINT FIDELIS LEADS PRODUCTS | |
| LIABILITY LITIGATION | **ORDER GRANTING PLAINTIFFS'** |
| | **LEAD COUNSEL'S MOTION TO** |
| This documents relates to: | **DISMISS** |
| **Hansche et al. v. Medtronic, Inc. et al.** | |
| **09-cv-02364** | |

---

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 7),

and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is

**GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil

Procedure Rule 41(a), the action styled <u>Hansche et al. v. Medtronic, Inc. et al.</u>, Civil

Action No. 09-cv-02364, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 14, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
